IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TANEESHA SKINNER, Individually and as Personal Representative of the Estate of Seyquan Leon Oliver**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.**<br><br>**Defendants.** | Civil Action No. 05-1938 (RJL) |

## PRAECIPE

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant United States of America in the above-captioned case.

Respectfully submitted,

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224