IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TANEESHA SKINNER ET AL

Plaintiff

v.                                          Case No. 1:05-CV-01938

UNITY HEALTH CARE, INC.

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Oct13 05 at 1240p at the address of 1015 15TH ST NW WASHINGTON DC 20005, I duly served the following documents(s): SUMMONS, COMPLAINT, NOTICE OF RIGHT TO CONSENT TO TRIAL AND INITIAL ORDER in the above entitled action upon UNITY HEALTH CARE, INC. by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with ANTHONY SERRETTE, FULFILLMENT SPECIALIST WHO STATED HE WAS AUTHORIZED TO ACCEPT SERVICE FOR CT CORPORATION AS REGISTERED AGENT FOR UNITY HEALTH CARE INC..

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____       Date: 10-17-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

Subscribed and sworn before me this 17 day of October, 2005

Notary Public

My comm. exp. Feb. 20, 2008

(Seal: ADAM H. PARKER, NOTARY PUBLIC, HOWARD CO., MD)

JOSGRE