UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TANEESHA SKINNER, Individually and as Personal Representative of the Estate of Seyquan Leon Oliver | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 05-1938 (RJL) |
| UNITED STATES OF AMERICA, et al. | ) ) ) | |
| **Defendants.** | ) ) | |

## DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO COMPLAINT

Defendant United States of America, by and through its undersigned attorneys, hereby answers plaintiff's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant United States, through its employees, agents, and servants, acted at all relevant times with due care and diligence, and therefore, the United states could not have breached any actionable duty owed to plaintiff.

### THIRD DEFENSE

If defendant United States was negligent, which is specifically denied, such negligence is not the cause in fact or proximate cause of the alleged damages suffered by plaintiff's decedent.

### FOURTH DEFENSE

If defendant United States was negligent, which is specifically denied, under the Federal

Tort Claims Act, defendant United States may be held liable only in the same manner and to the same extent as a private individual under like circumstances.

## FIFTH DEFENSE

The United States is not liable for any prejudgment interest or post judgment interest, except as permitted by Federal law. See 28 U.S.C. §2674; 28 U.S.C. §1961 and 31 U.S.C. §1304(b).

## SIXTH DEFENSE

The United States is not liable for attorneys' fees except as provided for by the Federal Tort Claims Act. 28 U.S.C. §2678.

## SEVENTH DEFENSE

The United States is not liable for punitive damages as a matter of law. 28 U.S.C. §2674.

## EIGHTH DEFENSE

Defendant United States responds to the unnumbered and numbered paragraphs of the Complaint as follows:

## COMPLAINT

**(Medical Negligence/Survival Action)**

This unnumbered paragraph contains plaintiff's characterization of this action to which no response is required.

## JURISDICTION AND VENUE

1. This paragraph is a statement of jurisdiction to which no response is required.

2. This paragraph is a statement of venue to which no response is required.

## PARTIES

3-5.    Admitted.

## FACTS

6-7.    Admitted.

8.      Denied.

9-13.   Admitted.

14.     This paragraph contains plaintiff's characterization of this action to which no response is required.

15.     Defendant United States admits only that plaintiff visited East of the River Clinic on February 11, February 15 and March 1, 2002. Defendant United States denies the remainder of the allegations in paragraph 15.

16.     Defendant United States admits only that Unity Health Care, Inc., a grantee of the United States, operates the East of the River Clinic, which is a provider of medical services.

17-20.  Admitted.

21.     Defendant United States admits the allegations in the first and third sentences of paragraph 21. Defendant United States denies the allegations in the second sentence of paragraph 21.

22.     Denied.

23.     Defendant United States denies the allegations in the first and second sentences of paragraph 23. Defendant United States admits the allegations in the last sentence of paragraph 23.

24.     Defendant United States is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in paragraph 24.

25. Defendant United States denies the allegations in the first sentence of paragraph 25. Defendant United States is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of paragraph 25.

26. Defendant United States admits the allegation in paragraph 26, with the exception of plaintiff's characterization of Seyquan Oliver's condition at birth.

27. Admitted.

28-29. Denied.

30-38. Denied.

## COUNT I
(Medical Negligence)

39. Defendant United States realleges, and incorporates herein by reference, the answers set forth above in paragraphs 1-38 of this Answer.

40. Denied.

The unnumbered paragraph following paragraph 40 contains plaintiff's request for relief to which no answer is deemed necessary, but insofar as an answer is deemed necessary, defendant United States denies that plaintiff is entitled to the relief requested herein or to any relief whatsoever.

## COUNT II
(Survival Action)

41. Defendant United States realleges, and incorporates herein by reference, the answers set forth above in paragraphs 1-40 of this Answer.

42-43. Denied.

The unnumbered paragraph following paragraph No. 43 contains plaintiff's request for relief to which no answer is deemed necessary, but insofar as an answer is deemed necessary, defendant United States denies that plaintiff is entitled to the relief requested herein or to any relief whatsoever.  Defendant United States specifically denies all of the allegations of the Complaint  not herein before otherwise answered.

Having fully answered, defendant United States respectfully requests that this action be dismissed with prejudice and that defendant United State be granted its costs and other such relief as this Court deems appropriate.

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

OF COUNSEL:
Ian Rucker
Attorney
Department of Health and Human Services