IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANEESHA SKINNER, Individually and as Personal Representative of the Estate of SEYQUAN LEON OLIVER<br><br>Plaintiffs<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 05cv1938 (RJL)<br>:<br>:<br>:<br>: |

………………………………………………………..………………………………………..

**MOTION TO STAY CASE PENDING
RESOLUTION OF RELATED STATE COURT CLAIM**

COMES NOW the Plaintiff, Taneesha Skinner, Individually and as Personal Representative of the Estate of Seyquan Leon Oliver, deceased, by and through counsel, Andrew E. Greenwald, Steven B. Vinick, Cary J. Hansel, Joseph, Greenwald & Laake, P.A., and Michael Wilson, M.D., J.D., and moves this Honorable Court to stay this matter, stating as follows:

1. This medical malpractice action arises from the failure to recognize that Taneesha Skinner had an incompetent cervix, the failure to act appropriately to protect her unborn child given certain sonogram results and the failure to take an appropriate history, as well as in committing other acts of negligence.  These failures directly and proximately lead to the death of Ms. Skinner's child, Seyquan Leon Oliver.

2. The negligence at issue here was the failure to perform certain tasks required by the standard of care.  There were multiple healthcare providers who failed, at different points during the pregnancy, birth and thereafter, to provide the services required by the standard of care.  As a result, there are multiple defendants.

3. Defendant United States of America granted funds to Defendant Unity Health Care Inc. and deemed the company and its employees to be federal employees for purposes of the Federal Tort Claims Act.  As a result, by operation of the Federal Tort Claims Act, the present claims against Unity Health Care must be asserted in federal court.

4. There is a related case pending in the Superior Court for the District of Columbia (*Skinner v. District of Columbia, et al.*, Case No. 03CA002049) in which the plaintiff has sued the other parties (all private individuals and entities) who failed to render the appropriate care.

5. The Superior Court case has been litigated over a course of years and is on the verge of going to trial.  **In fact, the pretrial conference in the Superior Court case is set for April 19, 2006 and trial is set for June 19 – 26, 2006.**

6. **If full relief is obtained through the trial of the related Superior Court case, it may not be necessary for the plaintiff to proceed with this action and this case may be voluntarily dismissed.**

7. Rather than proceed now with a case which may not be necessary, the plaintiff respectfully requests that this matter be stayed pending the outcome of the related Superior Court case.

8. The relief requested herein will serve the purpose of judicial economy by ensuring that the resources of the Court are not spent on a case which may ultimately be voluntarily dismissed.

9. A stay will also serve the interests of justice in that it will prevent the government from spending taxpayers' money which may not be necessary to spend and it will

prevent the plaintiff from incurring fees and expenses that are potentially not otherwise necessary.

10. Finally, a stay will prevent numerous anticipated conflicts as discovery proceeds in this case during trial preparations and trial in the Superior Court case.

WHEREFORE, the Plaintiff, Taneesha Skinner, respectfully requests that this matter be stayed pending the outcome of the related Superior Court case (*Skinner v. District of Columbia, et al.*, Case No. 03CA002049), currently set for trial on June 19 – 26, 2006.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

_____
Andrew E. Greenwald, # 34918
Steven B. Vinick, # 439359
Cary J. Hansel, # MD14722
6404 Ivy Lane # 400
Greenbelt, MD 20770
301.220.2200

MICHAEL M. WILSON & ASSOCIATES

_____
Michael M. Wilson, Esq. # 941674
1120 19th Street, N.W., Suite LL-11
Washington, DC 20036
Counsel for Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2006, I caused the foregoing to be served, via first class mail, postage prepaid, on the following: Wyneva Johnson, Esquire, U.S. Attorney's Office for the District of Columbia, Judiciary Center Building, 555 4th Street, NW, Civil Division, Washington, DC 20530.

_____
Cary J. Hansel, # MD14722

Case 1:05-cv-01938-RJL   Document 8   Filed 03/14/2006   Page 5 of 5