IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANEESHA SKINNER, Individually and as Personal Representative of the Estate of SEYQUAN LEON OLIVER :<br><br>Plaintiffs :<br><br>vs. :<br><br>THE UNITED STATES OF AMERICA, et al. :<br><br>Defendant : | Case No. 05cv1938 (RJL) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Stay Case Pending Resolution of Related State Court Claim, any Opposition thereto and any hearing of the matter, it is, this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED that Plaintiff's Motion to Stay Case Pending Resolution of Related State Court Claim is and hereby shall be, GRANTED, and it is further

ORDERED that this case is stayed pending the outcome of the related Superior Court case (*Skinner v. District of Columbia, et al.*, Case No. 03CA002049).

_____
Judge, United States District Court
for the District of Columbia

Copies to:

Andrew E. Greenwald, # 34918
Steven B. Vinick, # 439359
Cary J. Hansel, # MD14722
6404 Ivy Lane # 400
Greenbelt, MD 20770

Michael M. Wilson, Esquire, # 941674
1120 19th Street, N.W., Suite LL-11
Washington, DC 20036

Wyneva Johnson, Esquire
U.S. Attorney's Office
for the District of Columbia,
Judiciary Center Building
555 4th Street, NW
Civil Division
Washington, DC  20530