IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANEESHA SKINNER, Individually and as Personal Representative of the Estate of SEYQUAN LEON OLIVER | : : : : |
| Plaintiffs | : : |
| vs. | : Case No. 05cv1938 (RJL) : |
| THE UNITED STATES OF AMERICA, et al. | : : |
| Defendant | : |

………………………………………………………..………………………………………..

**JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO STAY CASE PENDING RESOLUTION OF RELATED STATE COURT CLAIM**

Comes now the parties jointly and hereby stipulate and agree as follows:

1.	Due to scheduling concerns expressed by defense counsel, the defense has requested, and the plaintiff has agreed, that the defendants shall have until and including April 14, 2006 to respond to Plaintiff's Motion to Stay Case Pending Resolution of Related State Court Claim.

Respectfully submitted,

_____         _____

Andrew E. Greenwald, # 34918              Wyneva Johnson, Esquire
Steven B. Vinick, # 439359                U.S. Attorney's Office
Cary J. Hansel, # MD14722                 for the District of Columbia,
Joseph, Greenwald & Laake, P.A.           Judiciary Center Building
6404 Ivy Lane, # 400                      555 4th Street, NW
Greenbelt, MD 20770                       Civil Division
301.220.2200                              Washington, DC  20530

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of March, 2006, I caused the foregoing to be served, via first class mail, postage prepaid, on the following: Wyneva Johnson, Esquire, U.S. Attorney's Office for the District of Columbia, Judiciary Center Building, 555 4th Street, NW, Civil Division, Washington, DC 20530 and Michael M. Wilson, Esquire, # 941674, 1120 19th Street, N.W., Suite LL-11, Washington, DC 20036.

_____
Cary J. Hansel, # MD14722