UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TANEESHA SKINNER, Individually and as Personal Representative of the Estate of Seyquan Leon Oliver**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1938 (RJL)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants move for an extension of time to and including April 14, 2006, to respond to Plaintiff's Motion to Stay Case Pending Resolution of Related State Court Claim filed on March 14, 2006.  Plaintiff's counsel does not oppose the filing of this motion.

Counsel was on Family Medical Leave from March 16- 31, 2006 and returned to the office on April 3, 2006.  This additional time is requested because Counsel has been unable to complete the coordination and discussions with the agency for the submission of defendants' response.

This enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendants shall have up to and including April 14, 2006 to respond to Plaintiff's Motion to Stay Case Pending Resolution of Related State Court Claim.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar No. 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistance United States Attorney

_____
WYNEVA JOHNSON, D.C. Bar No. 278515
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202)554-0215