UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANEESHA SKINNER, Individually and as Personal Representative of the Estate of Seyquan Leon Oliver )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, et al. )<br><br>Defendants. ) | Civil Action No. 05-1938 (RJL) |

## ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion for Enlargement of Time, and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that defendants' motion is GRANTED; it is further

ORDERED that the Defendants shall have up to and including April 14, 2006, to respond to Plaintiff's Motion to Stay Case Pending Resolution of Related State Court Claim.

_____
UNITED STATES DISTRICT JUDGE

**Attorney for Defendants:**
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Bldg.,
555 4th Street, N.W.,
Washington, D.C.  20001

**Attorneys for Plaintiff :**
CARY J. HANSELL, Esquire
JOSEPH, GREENWALD & LAAKE
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770