UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TANEESHA SKINNER, Individually and as Personal Representative of the Estate of SEYQUAN LEON OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1938 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STAY CASE
PENDING RESOLUTION OF RELATED STATE COURT CLAIM**

Plaintiff filed this Civil Action on September 30, 2005. In her Complaint, plaintiff stated that "the personal injuries and wrongful death at issue in this case were due to the negligent and wrongful acts and omissions of federal employees [Unity Health Care Inc.] within the scope of their employment." Complaint ¶ 8. Defendants timely answered the complaint on December 12, 2005 and denied the allegations.

Approximately three months later, plaintiff has now filed the instant Motion to Stay Case pending Resolution of Related State Court Claim. In her Motion, plaintiff states that "there is a related case pending in the Superior Court for the District of Columbia (Skinner v. District of Columbia, et al., Case No. 03CA002049). Plaintiff also asserts that if full relief is obtained through the trial of the related Superior Court case, it may not be necessary for the plaintiff to proceed with this action and this case may be voluntarily dismissed. Rather than proceed now with a case which may not be necessary, the plaintiff respectfully requests that this matter be stayed pending the outcome of the related Superior Court case." Motion, p. 2.

Defendants oppose plaintiff's request for this stay.  Defendants request that the parties be required to submit a Rule 16.3 Meet and Confer Statement as required by this Court's Standing Order and proceed forward with discovery.  If plaintiff did not wish to proceed with the litigation in this case with the filing of her September 2005 complaint, plaintiff should not have brought the district court litigation.  Defendants are prejudiced by the delay as plaintiff adopts a "wait and see" approach in the Superior Court that prevents the defense of the litigation by the federal defendants in the federal court.  Indeed, since the filing of defendants' answer, defendants have made employees of Unity Health Care available for three depositions in the Superior Court Case.  Plaintiff's counsel was present during the depositions.  Thus, plaintiff has benefitted from discovery of defendants but now seeks to prevent discovery by defendants.  If plaintiff does not wish to proceed with this case, this matter should be dismissed.  Alternatively, defendants should be allowed to immediately depose plaintiff and propound written discovery in this case.

                    Respectfully submitted,

                    _____
KENNETH L. WAINSTEIN, D.C.  Bar #451058
United States Attorney

_____
:                  RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
      _____WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing was served by mail, postage prepaid, to:

on this _____day of April, 2006.

Andrew E. Greenwald
Cary Johnson Hansel, III
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770

                                            _____
                                            WYNEVA JOHNSON
                                            Assistant United States Attorney
                                            Judiciary Center Building, Room E4106
                                            555 4th Street, N.W.
                                            Washington, DC  20530
                                            (202) 514-7224