# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TANEESHA SKINNER, Individually | ) | |
| and as Personal Representative of the | ) | |
| Estate of SEYQUAN LEON OLIVER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1938 (RJL) |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Stay Case Pending Resolution of Related

State Court Claim, Defendants' Opposition thereto, and for good cause shown, it is this

_____ day of _____ 2006,

ORDERED, that Plaintiff's Motion should be, and hereby is DENIED.


_____
UNITED STATES DISTRICT JUDGE

**Attorney for Defendants:**
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Room E4106
Washington, D.C.  20530

**Attorneys for Plaintiff :**
Andrew E. Greenwald
Cary Johnson Hansel, III
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770