IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TANEESHA SKINNER, Individually | : | |
| and as Personal Representative of the | : | |
| Estate of SEYQUAN LEON OLIVER | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | Case No. 05cv1938 (RJL) |
| | : | |
| THE UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendant | : | |

………………………………………………..…………………………………..

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now all parties, by and through counsel, and stipulate and agree as follows:
1.    All counts in the above-referenced lawsuit and the lawsuit itself are, and hereby shall, be ***DISMISSED WITH PREJUDICE***.
2.    Each party shall bear his, her and its own costs.


Respectfully submitted,



_/s/_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney



_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant  United States Attorney



_/s/_____
WYNEVA JOHNSON #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

_/s/_____
Andrew E. Greenwald #34918
Steven B. Vinick #439359
Cary J. Hansel Bar #14722
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200